UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLARENCE HEBERT, III, ET AL. | CIVIL ACTION |
| VERSUS | NO. 07-8141 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION "N" (3) |

## ORDER

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that defendant's **Motion to Enforce Settlement Agreement [Doc. #11]** is GRANTED AS UNOPPOSED. Plaintiffs shall complete the Road Home forms and submit them to Road Home for approval. Plaintiffs shall comply with the settlement to which they agreed on March 10, 2008.

New Orleans, Louisiana, this 6th day April, 2010.

_____
UNITED STATES DISTRICT JUDGE