UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLARENCE HEBERT, III, ET AL.        CIVIL ACTION

VERSUS                              NO. 07-8141

STATE FARM FIRE AND CASUALTY        SECTION "N" (3)
COMPANY

# ORDER AND REASONS

Before the Court is the Second Motion to Enforce Settlement Agreement (Rec. Doc. 29). This motion was set for hearing on March 23, 2011; however, the Court received no opposition. In the motion, Defendant State Farm Fire and Casualty Company ("State Farm") requests that this Court grant its motion to enforce the settlement agreed to or March 10, 2008 and order Plaintiffs to sign all documents necessary to finalize the settlement, such that the case can *finally* be dismissed.

Indeed, this Court has already ordered Plaintiffs to do so. In its November 16, 2010 Order and Reasons, the Court, after laying out the long history of Plaintiff's delay and disregard for these proceedings, which they themselves instituted, ordered as follows:

> The motion is granted to the extent that Plaintiffs have until Friday, November 26, 2010 to sign the "Recipient Acknowledgment" form and return it to Road Home, such that State Farm may issue the settlement check to Road Home and finalize this settlement. **If Plaintiffs do not meet this deadline, they shall pay to Road Home the amount of $100 per day for every day they are delinquent. (This shall include weekends and holidays and shall be in addition to the settlement amount that Road Home is owed)**.

(Rec. Doc. 27, p. 3, *emphasis added*).  This Order and Reasons was sent via Certified Mail. (See Rec. Doc. 28).  Plaintiffs failed to do as ordered. Thus,

**IT IS FURTHER ORDERED** that counsel for State Farm and Plaintiff shall appear in Court in person on **Wednesday, April 6, 2011**, **at 9:30 a.m.** wherein the present motion will be addressed. Plaintiffs will be required to **SHOW CAUSE,** at that time, why they should not be **SANCTIONED** in the amount of $12,200[1] (122 days delinquent. - i.e., from November 26, 2010 to March 28, 2011, the date this Order is signed) for completely disregarding this Court's November 16, 2010 Order and Reasons.

**IT IS FINALLY ORDERED** that the U.S. Marshals Service is hereby directed to personally serve this Order and Reasons on Plaintiffs Clarence Hebert, III and Kathy Hebert.

Plaintiffs are hereby **WARNED** that if they do not appear in Court before the undersigned at the scheduled **SHOW CAUSE** hearing, the U.S. Marshal Service will be sent to collect them and bring them to Court.

New Orleans, Louisiana, this 28th day of March 2011.

_____
KURT D. ENGELHARDT
United States District Judge

---

[1] As warned of in the November 16, 2010 Order and Reasons, this amount would be *in addition to* the settlement amount that Road Home is owed.